# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **26–11253 – MCR**   Chapter: **7**

**Anna Marie Valero**
Debtor

# NOTICE OF MISSING STATEMENT OF INTENT

DOCUMENT: **Voluntary Petition**

PROBLEM: **The Statement of Intention is missing.**

CURE: **The Statement of Intention shall be filed with the Court by the date below.**
**A copy of the Statement of Intention shall be served on the trustee and creditors named in the statement on or before the filing of the statement.**

**The above deficiency must be cured by <u>3/9/26</u> , or on or before the date of the first meeting of the creditors, whichever is earlier.**

**Additional information for non–attorney filers is available at**
**http://www.mdb.uscourts.gov/content/no–attorney**

Dated: 2/6/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, Erica Cumberland
410–962–4221

cc:   Debtor
      Attorney for Debtor – Justin Philip Fasano

Form stint (rev. 03/2005)